UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| TRT DEVELOPMENT COMPANY, INC. and OMNI MOUNT WASHINGTON, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 1:19-cv-00851-PB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this action hereby stipulate, pursuant to the provisions of Fed R. Civ. P. 41(a)(1)(A)(ii), that this action be dismissed, with prejudice, without fees, without costs, and waiving all rights of appeal and other judicial review. The Parties further stipulate that this action may be reopened only for the purpose of enforcing the settlement agreement entered into between and among the Parties and the State of New Hampshire Oil Discharge and Disposal Cleanup Fund Board.

                                              TRT DEVELOPMENT COMPANY, INC. &
                                              OMNI MOUNT WASHINGTON, LLC

                                              By their attorneys,

                                              McLANE MIDDLETON,
                                              PROFESSIONAL ASSOCIATION

Dated: June 24, 2022                    By:  /s/ Viggo C. Fish
                                              Mark C. Rouvalis, Esq. (Bar No. 6565)
                                              Viggo C. Fish, Esq. (Bar No. 267579)
                                              McLane Middleton, Professional Association
                                              900 Elm Street, PO Box 326
                                              Manchester, NH 04206-0326
                                              mark.rouvalis@mclane.com
                                              viggo.fish@mclane.com
                                              Telephone: (603) 625-6464

ACE AMERICAN INSURANCE COMPANY

By its attorneys,

NIXON PEABODY LLP

Dated: June 24, 2022  By: /s/ Michael E. Strauss

Michael E. Strauss, Esq. (Bar # 266717)
mestrauss@nixonpeabody.com
Nixon Peabody LLP
900 Elm Street, 14th Floor
Manchester, NH 03101
Telephone: (603) 628-4000

Kurt M. Mullen
*Admitted Pro Hac Vice*
kmullen@nixonpeabody.com
Gregory P. Deschenes
*Admitted Pro Hac Vice*
gdeschenes@nixonpeabody.com
Nixon Peabody LLP
Exchange Place 53 State Street
Boston, MA 02109-2835
Telephone: (617) 345-1000

**CERTIFICATE OF SERVICE**

I, Viggo C. Fish, hereby certify that on this 24th day of June, 2022, I served a copy of the foregoing Stipulation of Dismissal on all counsel receiving notice from this Court's ECF system.

/s/ Viggo C. Fish
Viggo C. Fish