UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


TRT Development Company, Inc. et. al.

    v.

                           Case No. 19-cv-851-PB

ACE American Insurance Company


JUDGMENT


In accordance with the following, judgment is hereby entered:

1. Memorandum and Order by Judge Paul Barbadoro dated October 13, 2021; and

2. Joint Stipulation of Dismissal with Prejudice dated June 24, 2022.


                      By the Court:

                      _____
                      Daniel J. Lynch
                      Clerk of Court


Date: June 28, 2022

cc: Counsel of Record